| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | COOPER, WHITE & COOPER LLP<br>JILL B. ROWE (SBN 197713)<br>SCOTT M. McLEOD (SBN 242035)<br>PATRICK M. ROSVALL (SBN 217468)<br>201 California Street, 17th Floor<br>San Francisco, California 94111<br>Telephone: (415) 433-1900<br>Facsimile: (415) 433-5530<br><br>Attorneys for Defendant Comcast Cable<br>Communications Management, LLC |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | CASE NO. 2:18-cv-01212-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Judge: Hon. William B. Shubb<br>Date: Feb. 11, 2019<br>Time: 1:30 p.m.<br><br>Trial Date: None Set |

## **STIPULATION**

Following the submission of the parties' joint status report and a status conference held with the Honorable William B. Shubb on February 11, 2019, the parties stipulate as follows:

1. With the exception of limited discovery as provided in Paragraph 3, below, this lawsuit is stayed pending the issuance of a written decision by the Ninth Circuit Court of Appeal in *Comcast of Sacramento I, LLC, et al. v. Sacramento Metropolitan Cable Television Commission, et al.*, United States District Court Eastern District of California, Sacramento Division, Case No. 2:16-CV-01264-WBS-EFB (the "Ninth Circuit Decision").

2. Upon receipt of the Ninth Circuit Decision, the parties will promptly notify this Court of the decision, and will at that time request that the Court order a further status conference for this case.

3. Subject to the Federal Rules of Civil Procedure, the parties may conduct written

1247589.1

discovery and depositions regarding the issues they referred to in their Joint Status Conference Report as "Category Three" issues, namely disputes over the allocation of multi-service fees to gross revenues for purposes of franchise fees paid to Plaintiff. Except for these "Category Three" issues, all discovery is stayed until further order of the Court.

DATED: February 20, 2019     COOPER, WHITE & COOPER LLP

By:     /s/ Scott M. McLeod
Scott M. McLeod
Attorneys for Defendant Comcast Cable
Communications Management, LLC

DATED: February 20, 2019     BEST BEST & KRIEGER LLP

By:     /s/ Mark Velasquez (as authorized on 2/20/19)
Mark Velasquez
Attorneys for Plaintiff Sacramento Cable Television Commission

## **ORDER**

IT IS HEREBY ORDERED that:

1. With the exception of limited discovery as provided in Paragraph 3, below, this lawsuit is stayed pending the issuance of a written decision by the Ninth Circuit Court of Appeal in *Comcast of Sacramento I, LLC, et al. v. Sacramento Metropolitan Cable Television Commission, et al.*, United States District Court Eastern District of California, Sacramento Division, Case No. 2:16-CV-01264-WBS-EFB (the "Ninth Circuit Decision").

2. Upon receipt of the Ninth Circuit Decision, the parties will promptly notify this Court of the decision, and will at that time request that the Court order a further status conference for this case.

3. Subject to the Federal Rules of Civil Procedure, the parties may conduct written discovery and depositions regarding the issues they referred to in their Joint Status Conference Report as "Category Three" issues, namely disputes over the allocation of multi-service fees to

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1247589.1

2

STIPULATION AND ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE

gross revenues for purposes of franchise fees paid to Plaintiff. Except for these "Category Three" issues, all discovery is stayed until further order of the Court.

Dated: February 21, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002