UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendant. | No. 2:18-cv-500 WBS EFB |
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, d/b/a COMCAST,<br><br>    Defendant. | No. 2:18-cv-1212 WBS EFB<br><br>ORDER |

----oo0oo----

| | |
|---|---|
| 1 | A Status Conference is hereby set in these two actions |
| 2 | for July 8, 2019, at 1:30 p.m. in Courtroom 5.  No later than |
| 3 | June 24, 2019, the parties shall meet and confer and submit a |
| 4 | Joint Status Report in each action.  The Joint Status Reports |
| 5 | shall set forth (1) the status of each case in light of the Ninth |
| 6 | Circuit's decision in <u>Comcast of Sacramento I, LLC v. Sacramento |
| 7 | Metro. Cable Television Comm'n</u>, No. 17-16847, 2019 WL 2018280 |
| 8 | (9th Cir. May 8, 2019), (2) proposed deadlines, and (3) whether |
| 9 | the parties believe that the stays should be lifted and/or the |
| 10 | actions consolidated.  The Joint Status Reports shall also |
| 11 | address any other issues the parties think need to be discussed |
| 12 | at the July 8, 2019 Status Conference. |
| 13 | IT IS SO ORDERED. |
| 14 | Dated:  May 23, 2019 |

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE