1  HARRIET A. STEINER, Bar No. 109436
   MARK RANDALL VELASQUEZ, Bar No. 246732
2  JOSHUA NELSON, Bar No. 260803
   JOANNA GIN, Bar No. 323715
3  Best Best & Krieger LLP
   500 Capitol Mall, Suite 1700
4  Sacramento, CA  95814
   Telephone:  (916) 325-4000
5  Facsimile:  (916) 325-4010

6  Attorneys for Plaintiff
   Sacramento Metropolitan Cable Television
7  Commission

8

9                         UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

| 12 | SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION, | Case No. 2:18-cv-00500-WBS-EFB<br>Case No. 2:18-cv-01212-WBS-EFB |
|---|---|---|
| 13 | | |
| 14 | Plaintiff, | **STIPULATION AND ORDER RE FILING OF FIRST AMENDED COMPLAINT** |
| 15 | v. | Judge: Hon. William B. Shubb<br>Trial Date: None Set |
| 16 | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, | |
| 17 | | |
| 18 | Defendant. | |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814

# **STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff Sacramento Metropolitan Cable Television Commission ("SMCTC") and Comcast Cable Communication Management, LLC ("Comcast"), by and through their respective attorneys of record, that SMCTC may file a First Amended Complaint in the above-entitled action for Case No. 2:18-cv-01212-WBS-EFB. A redlined version of the First Amended Complaint is attached hereto as Exhibit "A." A final version of the First Amended Complaint is attached hereto as Exhibit "B."

Defendant will file its Answer to the First Amended Complaint within twenty days after Plaintiff files the First Amended Complaint.

Dated: January 3, 2020      BEST BEST & KRIEGER LLP

By: */s/ Mark R. Velasquez*
MARK RANDALL VELASQUEZ
Attorneys for Plaintiff
SACRAMENTO METROPOLITAN CABLE
TELEVISION COMMISSION

Dated: January 3, 2020      COOPER, WHITE & COOPER LLP

By: */s/ Jill B. Rowe*
JILL B. ROWE
Attorneys for Defendant
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

## **ORDER**

Based upon the above stipulation to allow the filing of a First Amended Complaint and good cause appearing therefore;

IT IS ORDERED that plaintiff Sacramento Metropolitan Cable Television Commission may file a First Amended Complaint in the form attached to this Stipulation and Order as Exhibit "B". Defendant shall file its Answer to the First Amended Complaint within twenty days after Plaintiff files the First Amended Complaint.

Dated: January 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CA 95814