COOPER, WHITE & COOPER LLP
EDWARD L. SEIDEL (SBN 200865)
PATRICK M. ROSVALL (SBN 217468)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | CASE NO. 2:18-cv-00500-WBS-EFB<br>CASE NO. 2:18-cv-01212-WBS-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] REVISED SCHEDULING ORDER**<br><br>Judge:   Hon. William B. Shubb<br><br>Trial Date: August 18, 2020 |

## STIPULATION

To accommodate the fact that trial counsel for Defendant Comcast Cable Communications Management, LLC ("Comcast"), Jill Rowe, is substituting out of this matter and Edward L. Seidel is substituting in for Comcast, and because Mr. Seidel represents and has represented that he needs additional time to review case materials, prepare witnesses for depositions, prepare to take depositions, and prepare to draft and oppose the contemplated motions for summary judgment, the parties stipulate to a brief continuance of approximately 60-90 days of the deadlines provided in the Court's Scheduling Order filed on January 27, 2020 (Docket No. 29) as stated in the numbered paragraphs below.

1.  The parties will complete non-expert depositions by June 1, 2020.

2.  The parties intend to file motions for summary judgment.  The Court will hear the motions on July 13, 2020 at 1:30 p.m.  Briefs will be filed according to Eastern District Local Rule

230, i.e., opening briefs are due June 15, 2020; opposition briefs are due June 29, 2020; and reply briefs are due July 6, 2020.

This schedule reflects the re-setting of depositions previously on schedule to the following dates or approximate date ranges:

- The week of April 20, 2020, on consecutive days, for the depositions in Philadelphia of Jeff Aldi, Joseph Lance, and Marc Lockard. If any of these witnesses become unexpectedly unavailable for their selected date, the parties will work to obtain the closest possible date to take the deposition(s).

- May 8, 2020: Deposition of Garth Ashpaugh in Florida. If Mr. Ashpaugh becomes unexpectedly unavailable that date, the parties will work to obtain the closest possible date to May 8th to take the deposition.

- Either May 12 and 13, 2020 or May 13 and 14, 2020: Consecutive day depositions of Robert Davison and Steven Detrick in Sacramento. This date is subject to further discussion if Mr. Davison or Mr. Detrick are unavailable on the selected dates.

- Either May 15, 2020 or May 19, 2020, Deposition of LeAnn Peling in San Francisco. This date is subject to further discussion if Ms. Peling is unavailable on the selected dates.

3. Comcast's counsel has agreed to pay the change fees associated with the re-setting of the Philadelphia and Florida depositions, in a sum not to exceed $500.

4. In the event that the Court refuses to adjust the non-expert cutoff date or the MSJ hearing and briefing schedule the parties will work together to re-set depositions and no new deposition notices for appearance will be required to compel the appearance of for the above named witnesses. Expert disclosure shall remain per FRCP Rule 26 (90 days before trial).

5. The parties will attend a judicial settlement conference between the MSJ hearing and the pre-trial conference, on a date to be scheduled by the Court. Magistrate Judge Brennan's department has indicated availabilities for a 10:00 a.m. conference on Thursday, August 27, 2020, Thursday, September 3, 2020, and Thursday, September 10, 2020. Counsel are checking with their respective client's availability.

6. A pre-trial conference will be held on September 15, 2020 at 1:30 p.m.

7. A two-day bench trial will be held on November 10, at 9:00 a.m.

DATED: February 14, 2020                    COOPER, WHITE & COOPER LLP


By:      */s/ Edward L. Seidel*
         Edward L. Seidel
         Attorneys for Defendant Comcast Cable
         Communications Management, LLC

DATED: February 14, 2020                    BEST BEST & KRIEGER LLP


By:      */s/ Mark Velaquez [Authorized 2/14/2020]*
         Mark Velasquez
         Attorneys for Plaintiff Sacramento Metropolitan Cable
         Television Commission

## **ORDER**

IT IS HEREBY ORDERED that:

1. The parties shall complete non-expert depositions by June 1, 2020. Expert disclosure shall remain per FRCP Rule 26 (90 days before trial).

2. The Court will hear the parties' motions for partial summary judgment on July 13, 2020 at 1:30 p.m. Briefs will be filed according to Eastern District Local Rule 230.

3. The parties shall attend a judicial settlement conference before the Hon. Edmund F. Brennan, Magistrate Judge, in Courtroom 8, 13th Floor, and shall inform his courtroom deputy of the date and time the parties selected **no later than 12:00 PM (Noon) on February 20, 2020**. Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference. Each party is further directed to submit via email to EFBorders@caed.uscourts.gov a confidential settlement conference statement no later than 12:00 PM (Noon) one week prior to the settlement conference date. Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement statements. However, each party shall e file a one -page document entitled "Notice of Submission of Confidential Settlement Conference Statement." If

1  the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall
2  not be disclosed to the trial judge. If the parties have not already done so, the parties are further
3  required to file a waiver of disqualification as to Magistrate Judge Brennan Case 2:18-cv-00500-
4  WBS-EFB within 7 days from the date of this order, and pursuant to Local Rule 270(b), since this
5  judge is also the Magistrate Judge assigned to this case.

6      4.    The parties will attend a pre-trial conference with the Court on **September 14, 2020 at 1:30 p.m.** in Courtroom 5 (WBS).

8      5.    The Court will commence a two-day bench trial on **November 10, 2020 at 9:00 a.m.** in Courtroom 5 (WBS).

Dated: February 19, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE