1 | COOPER, WHITE & COOPER LLP
EDWARD L. SEIDEL (SBN 200865)
2 | PATRICK M. ROSVALL (SBN 217468)
201 California Street, 17th Floor
3 | San Francisco, California 94111
Telephone:     (415) 433-1900
4 | Facsimile:     (415) 433-5530

5 | Attorneys for Defendant Comcast Cable
Communications Management, LLC

6 |

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

9 |

10 | SACRAMENTO METROPOLITAN CABLE
TELEVISION COMMISSION,

CASE NO. 2:18-cv-00500-WBS-EFB
CASE NO. 2:18-cv-01212-WBS-EFB

11 |
                        Plaintiff,

**STIPULATION AND REVISED
SCHEDULING ORDER**

12 |
            vs.

13 |
COMCAST CABLE COMMUNICATIONS

Judge:     Hon. William B. Shubb

14 | MANAGEMENT, LLC,

Trial Date:  November 10, 2020

15 |
                        Defendant.

16 |

17 |                              **STIPULATION**

18 |        The COVID-19 pandemic has caused significant disruptions to society, and those

19 | disruptions have had serious impacts on this case, including forcing the parties to cancel out-of-

20 | state depositions that were the predicate for the prior scheduling order.  The pandemic has also

21 | disrupted counsel's ability to conduct discovery, review case materials, prepare witnesses for

22 | depositions, prepare to take depositions, and prepare to draft and oppose the contemplated motions

23 | for summary judgment.  As a result,  the parties stipulate to a continuance of the deadlines

24 | provided in the Court's Scheduling Order entered February 19, 2020 (Docket No. 29) as stated in

25 | the numbered paragraphs below.

26 |        1.        The parties will complete non-expert depositions by October 1, 2020.

27 |        2.        The parties intend to file motions for summary judgment.  The Court will hear the

28 | motions on November 23, 2020 at 1:30 p.m.  Briefs will be filed according to Eastern District

COOPER, WHITE
& COOPER LLP

1294126.1

1  Local Rule 230, i.e., opening briefs are due October 26, 2020; opposition briefs are due November

2  9, 2020; and reply briefs are due November 16, 2020.

3       This schedule reflects the re-setting of depositions previously on schedule to the following

4  dates.  The depositions may be taken remotely at the option of the noticing party and upon

5  agreement by all parties.  Depositions may be rescheduled or relocated without court approval

6  upon the written agreement of all of the parties:

7       - August 26, 27 and 28, 2020, on consecutive days, for the depositions in Philadelphia of

8  Jeff Aldi, Joseph Lance, and Marc Lockard.

9       - September 11, 2020:  Deposition of Garth Ashpaugh in Tampa, Florida.  .

10       - September 16 and September 17, 2020:  Consecutive day depositions of Robert Davison

11  and Steven Detrick in Sacramento.

12       - September 24, 2020, Deposition of LeAnn Peling in San Francisco.

13       Expert disclosure shall remain per FRCP Rule 26 (90 days before trial).

14       5.    The parties will attend a judicial settlement conference between the MSJ hearing

15  and the pre-trial conference, on a date to be scheduled by the Court.  Magistrate Judge Brennan's

16  department has indicated availabilities for a 10:00 a.m. conference on either Thursday, December

17  17, 2020, January 7, 2021, or January 14, 2021.

18       6.    Following the settlement conference, a pre-trial conference will be held on a date to

19  be determined  at 1:30 p.m.

20       7.    A two-day bench trial will be held on either March 2, 2021 or March 23, 2021, at

21  9:00 a.m.

22  DATED:  April 20, 2020         COOPER, WHITE & COOPER LLP

23

24

25            By:    *Edward L. Seidel*

26               Edward L. Seidel
                Attorneys for Defendant Comcast Cable

27               Communications Management, LLC

28

**COOPER, WHITE
& COOPER LLP**

DATED:  April 20, 2020                    BEST BEST & KRIEGER LLP


                                By:    _____
                                       *Mark Velsaquez (as authorized 4/20/20)*
                                       Mark Velasquez
                                       Attorneys for Plaintiff Sacramento Metropolitan Cable
                                       Television Commission

### ORDER

IT IS HEREBY ORDERED that:

1.      The parties shall complete non-expert depositions by October 1, 2020.  Expert disclosure shall remain per FRCP Rule 26 (90 days before trial).

2.      The Court will hear the parties' motions for partial summary judgment on **November 30, 2020 at 1:30 p.m**.  Briefs will be filed according to Eastern District Local Rule 230.

3.      The parties shall attend a judicial settlement conference on Thursday,  **January 14, 2021 at 10:00 a.m.** before the Hon. Edmund F. Brennan, Magistrate Judge, in Courtroom 8, 13th Floor.

Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms at the Settlement Conference.  Each party is further directed to submit via email to  EFBorders@caed.uscourts.gov a confidential settlement conference statement no later than **January 7, 2021 by 12:00 PM (Noon).**

Such statements are not to be filed with the clerk, although the parties may agree, or not, to serve each other with the settlement  statements.  However, each party shall e file a one -page document entitled "Notice of Submission of Confidential Settlement Conference Statement."   If the settlement judge is not the trial judge, the Confidential Settlement Conference Statement shall not be disclosed to the trial judge.  If the parties have not already done so, the parties are further required to file a waiver of disqualification as to Magistrate Judge  Brennan Case 2:18-cv-00500-WBS-EFB within 7 days from the date of this order, and pursuant to Local Rule 270(b), since this judge is also the Magistrate Judge assigned to this case.

COOPER, WHITE
& COOPER LLP

4.      The parties will attend a pre-trial conference with the Court on **February 1, 2021 at 1:30 p.m**. in Courtroom 5 (WBS).

5.      The Court will hold a two-day bench trial commencing on **March 23, 2021, at 9:00 a.m.** in Courtroom 5 (WBS).

Dated:  April 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

COOPER, WHITE
& COOPER LLP

1294126.1 82461.90000\32726915.1

4

STIPULATION AND [PROPOSED] REVISED SCHEDULING ORDER