COOPER, WHITE & COOPER LLP
EDWARD L. SEIDEL (200865)
eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant Comcast Cable
Communications Management, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>Defendant. | CASE NO. 2:18-CV-00500-WBS-JDP<br>CASE NO. 2:18-CV-01212-WBS-JDP<br><br>**DEFENDANT COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC'S REQUEST FOR COPY OF THE AUDIO RECORDING AND WRITTEN TRANSCRIPT OF POST-SETTLEMENT CONFERENCE HEARING; AND ORDER THERON** |

Defendant Comcast Cable Communications Management, LLC ("Comcast") hereby respectfully requests (1) a copy of the entire audio recording, including the confidential and sealed portions, of the post-settlement conference hearing on February 24, 2021 before Magistrate Judge Peterson (the "hearing"); and (2) a written transcript, including the confidential and sealed portions, of the hearing.

The hearing was the culmination of a successful settlement conference after which the parties expressed the terms of settlement on the record and memorialized their agreement to resolve the case on those terms.  Those settlement terms were placed on the record under seal. This settlement must be formalized in a full long form settlement agreement, which the parties are currently drafting.

///

1502066.1

Defendant Comcast Cable Communications Management, LLC's Request For Copy Of The Audio Recording And Written Transcript Of Post-Settlement Conference Hearing; And Order Theron

1   Comcast makes this request as a party and a participant to the hearing.  Good cause exists
2   to grant this request, as it will allow the parties to craft settlement language in the long form
3   agreement that properly reflects their representations and agreed-upon terms, as expressed on the
4   record after the hearing.  Likewise, reviewing a written transcript will remove any doubt that
5   might otherwise arise from the audio file, which the parties believe will further assist in resolving
6   any differences and facilitate an efficient completion of the long form settlement agreement.
7   Counsel for Comcast has met-and-conferred with counsel for Plaintiff Sacramento Metropolitan
8   Cable Television Commission ("SMCTC"), and SMCTC supports this request.

9   Based on correspondence with the Court clerks, Comcast understands that this is the
10  appropriate procedural vehicle to request (1) the full audio files including the confidential and
11  sealed portions and (2) request prepared written records of the hearing, also including confidential
12  and sealed portions.

13  To preserve confidentiality as to the statements during the hearing, Comcast requests that
14  the audio file and written transcript be provided to the Comcast on a confidential basis.  Comcast
15  can arrange for the materials to be shared confidentially with SMCTC.  Comcast appreciates the
16  Court's attention to this request and appreciates the anticipated work of the court reporters in
17  transcribing the hearing.

18  DATED:  April 12, 2021                    COOPER, WHITE & COOPER LLP

By:     */x/ Edward L. Seidel*
Edward L. Seidel
Attorneys for Defendant Comcast Cable
Communications Management, LLC

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1502066.1                                 2
Defendant Comcast Cable Communications Management, LLC's Request For Copy Of The Audio Recording And Written Transcript Of Post-Settlement Conference Hearing; And Order Theron

1  Good cause having been shown, the Court authorizes delivery to counsel for Comcast in a confidential manner the following: (1) A copy of the entire audio recording, including the confidential and sealed portions, of the post-settlement conference hearing on February 24, 2021 (the "hearing"); and (2) A written transcript, including the confidential and sealed portions, of the hearing.

Comcast shall pay all fees associated with the delivery of the recording and the transcript.

**SO ORDERED.**

DATED: April 12, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1502066.1

3

Defendant Comcast Cable Communications Management, LLC's Request For Copy Of The Audio Recording And Written Transcript Of Post-Settlement Conference Hearing; And Order Theron