1  HARRIET A. STEINER, Bar No. 109436
   harriet.steiner@bbklaw.com
2  MARK RANDALL VELASQUEZ, Bar No. 246732
   Mark.Velasquez@bbklaw.com
3  JOSHUA NELSON, Bar No. 260803
   joshua.nelson@bbklaw.com
4  JOANNA GIN, Bar No. 323715
   Joanna.Gin@bbklaw.com
5  BEST BEST & KRIEGER LLP
   500 Capitol Mall
6   Suite 1700
   Sacramento, California 95814
7  Telephone:	(916) 325-4000
   Facsimile:	(916) 325-4010

Attorneys for Plaintiff
Sacramento Metropolitan Cable Television Commission

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 2:18-cv-00500-WBS-JDP<br>Case No. 2:18-cv-01212-WBS-JDP<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION BY THIS COURT FOR ENFORCEMENT; ORDER**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(ii)**<br><br>Action Filed:　January 29, 2018 &<br>　　　　　　　May 11, 2018<br><br>District Judge: Hon. William B. Shubb |

82461.00007\33841612.4

2:18-CV-00500-WBS-JDP;
2:18-CV-01212-WBS-JDP
JOINT STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE AND
RETENTION OF JURISDICTION BY THIS
COURT FOR ENFORCEMENT; ORDER

## JOINT STIPULATION

Plaintiff Sacramento Metropolitan Cable Television Commission ("SMCTC") and Defendant Comcast Cable Communications Management, LLC ("Comcast"), referred to collectively as the "Parties", by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 21, 2021, the Parties executed the Settlement Agreement ("Settlement Agreement") that provided for, among other terms, dismissal of the above-captioned actions styled *SMCTC v. Comcast*, Case Nos. 2:18-cv-00500-WBS-JDP and Case No. 2:18-cv-01212-WBS-JDP (the "Actions");

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and consistent with the Settlement Agreement, the Parties seek dismissal with prejudice of the Actions in their entirety;

WHEREAS, there are required obligations yet to be satisfied under the Settlement Agreement; and

WHEREAS, the Parties request that this Court retain jurisdiction to enforce the Settlement Agreement, notwithstanding dismissal with prejudice of the Actions.

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in these Actions, through their respective undersigned legal counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all of the claims that were asserted or that could have been asserted in the Actions be dismissed with prejudice, with each party to bear its own attorneys' fees and costs, provided that this Court retain exclusive jurisdiction to enforce the terms and conditions of the Settlement Agreement, notwithstanding this dismissal herein.

Dated: May 24, 2021            BEST BEST & KRIEGER LLP

By: */s/ Mark Randall Velasquez*
MARK RANDALL VELASQUEZ

Attorneys for Plaintiff
Sacramento Metropolitan Cable Television Commission

- 2 -

82461.00007\33841612.4

2:18-CV-00500-WBS-JDP;
2:18-CV-01212-WBS-JDP
JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND RETENTION OF JURISDICTION BY THIS COURT FOR ENFORCEMENT; ORDER

| | |
|---|---|
| Dated: May 24, 2021 | COOPER, WHITE & COOPER LLP |
| | By: */s/ Edward L. Seidel*<br>EDWARD L. SEIDEL |
| | Attorneys for Defendant<br>Comcast Cable Communications Management, LLC |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
500 CAPITOL MALL, SUITE 1700
SACRAMENTO, CALIFORNIA 95814

82461.00007\33841612.4

- 3 -

2:18-CV-00500-WBS-JDP;
2:18-CV-01212-WBS-JDP
JOINT STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE AND
RETENTION OF JURISDICTION BY THIS
COURT FOR ENFORCEMENT; ORDER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Stipulation and Order for Dismissal with Prejudice with Retention of Jurisdiction by |
| 3 | this Court for Enforcement is approved. It is hereby ordered that Case No. 2:18-cv-00500-WBS- |
| 4 | JDP and Case No. 2:18-cv-01212-WBS-JDP are dismissed with prejudice, with each party to bear |
| 5 | its own attorneys' fees and costs. This Court shall retain jurisdiction to enforce the terms and |
| 6 | conditions of the Settlement Agreement, notwithstanding this dismissal herein. The clerk is |
| 7 | directed to close these Actions, subject to any reopening as necessary. |
| 8 | IT IS SO ORDERED. |
| 9 | Dated: May 26, 2021 |

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 4 -

82461.00007\33841612.4

2:18-CV-00500-WBS-JDP;
2:18-CV-01212-WBS-JDP
JOINT STIPULATION FOR VOLUNTARY
DISMISSAL WITH PREJUDICE AND
RETENTION OF JURISDICTION BY THIS
COURT FOR ENFORCEMENT; ORDER